UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

GERALD L. LEWIS                           CIVIL ACTION NO. 11-cv-1801

VERSUS                                    JUDGE S. MAURICE HICKS, JR.

COMMISSIONER OF THE SOCIAL                MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is dismissed without prejudice for failure to prosecute.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 23rd day of April, 2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE